COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Miguel Zaragoza Fuentes v. Evangelina Lopez Guzman
                       Zaragoza

Appellate case number:  01-16-00251-CV

Trial court case number:  2014-30215

Trial court:           245th District Court of Harris County

Stewart Gagnon, Joy Soloway, Lauren Brogdon, and Norton Rose Fulbright US LLP (collectively, "withdrawing counsel") have filed an unopposed motion to withdraw as counsel in this case for Elsa Esther Carrillo Anchondo, Ezar Management, LLC, Ezar Properties, LP, Abbingdon Marine, Inc., Dade Aviation, Inc., and Eagle Ridge Properties, LLC. *See* TEX. R. APP. P. 6.5. Counsel's motion informs the Court that (1) Elsa Esther Carrillo Anchondo, Ezar Management, LLC, Ezar Properties, LP, Abbingdon Marine, Inc., and Eagle Ridge Properties seek to substitute John P. Mobbs as their counsel of record; and (2) Dade Aviation, Inc. has not identified substitute counsel. The motion is **granted**.

It is **ordered** that the Clerk of this Court (1) substitute John P. Mobbs for withdrawing counsel as counsel of record for the parties that have engaged him as their counsel and (2) remove withdrawing counsel as counsel of record for Dade Aviation, Inc.

It is so ORDERED.


Judge's signature: /s/ Jane Bland
                       Acting individually

Date:  June 2, 2016